**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Douglas Duane Bahl, et al.,

      Plaintiffs,                           Civil No. 08-5001 (RHK/JJG)

vs.                                                **DISQUALIFICATION AND**
                                                     **ORDER FOR REASSIGNMENT**

County of Ramsey, et al.,

      Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: August 25, 2008

                                                 s/Richard H. Kyle
                                                 RICHARD H. KYLE
                                                 United States District Judge