# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Lisa D. Rosenthal, Chief Deputy Clerk

| | | | |
|---|---|---|---|
| Warren E. Burger Federal Building and U.S. Courthouse 316 North Robert Street Suite 100 St. Paul, MN 55101 (651) 848-1100 | U.S. Courthouse 300 South Fourth Street Suite 202 Minneapolis, MN 55415 (612) 664-5000 | Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse 515 West First Street Suite 417 Duluth, MN 55802 (218) 529-3500 | U.S. Courthouse 118 South Mill Street Suite 212 Fergus Falls, MN 56537 (218) 739-5758 |

## TRANSMITTAL OF APPEAL

**Date:** August 30, 2011
**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT
**From:** A. Linner, Deputy Clerk

**In Re:** District Court Case No.: 08-5001 DSD/JJG
Eighth Circuit Case No.:
Case Title: Bahl et al v. Ramsey, County of et al

---

The statutory filing fee has:

- **X** been paid, receipt # 0864-2917043.
- ___ not been paid as of 8/30/11.
- ___ been waived because:
  - ___ Application for IFP Granted

IFP ___ is ___ is not ___ pending.

___ USA filed appeal

Length of Trial: ___ days

Was a court reporter utilized?   **X** Yes   ___ No

If yes, please identify the court reporter:

| | | |
|---|---|---|
| Name: | Lorilee Fink | Ron Moen |
| Address: | 316 N. Robert St. Room 146 St. Paul, MN 55101 | 316 N. Robert St. Room 146 St. Paul, MN 55101 |
| Phone: | 651-848-1224 | 651-848-1222 |

___ Forms A & B were not received; please see attached forms.

___ Forms A & B were given to counsel at the counter.

**X** Completed Form A enclosed in transmittal letter.

___ Original file(s), consisting of ___ file(s) and ___ expandable(s)

**X** Transcript(s):

| Volume | Date | Proceeding |
|---|---|---|
| 1 | 12/12/08 | Motions Hearing |

****SENT UNDER SEPARATE COVER

RECEIVED AUG 24 2011 U.S. Court of Appeals Eighth Circuit-St. Paul, MN

RECEIVED AUG 31 2011 CLERK, U.S. DISTRICT COURT ST. PAUL, MINNESOTA

SCANNED SEP 01 2011 U.S. DISTRICT COURT ST. PAUL

forms\civil\appeals\appeal transmittal.frm   Form Modified: 9/23